**In the Matter of Ronald John WOROBEY.**

**No. 315 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 24, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of April, 1997, a Rule having been entered by this Court on March 20, 1997, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Ronald John Worobey to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; Ronald John Worobey is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Craig B. SOKOLOW, Respondent.**

**No. 133 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 24, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of April, 1997, there having been filed with this Court by Craig B. Sokolow his verified Statement of Resignation dated March 12, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Craig B. Sokolow be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.